United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAMAN K.,<br>Petitioner, | §<br>§ | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-372 |
| | § | |
| WARDEN, et al.<br>Defendant. | §<br>§ | |

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

Before this Court is Lisa Graybill's Unopposed Motion to Withdraw as Counsel and Substitute Counsel. Dkt. No. 10. Having considered the Motion and the record in this case, the Court finds that the Motion should be GRANTED.

Accordingly, it is: ORDERED that Lisa Graybill is permitted to withdraw as counsel of record and attorney-in charge for Zaman Khairi; and

ORDERED that Holly Engelmann is substituted as counsel of record and attorney-in-charge for Zaman Khairi; and

ORDERED that the Clerk of Court shall update the docket and service list to reflect the substitution of counsel.

Signed on August 26, 2026.

Karen Betancourt

Karen Betancourt
United States Magistrate Judge