United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZAMAN K.[1], Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-372 |
| | § | |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.*, Respondents. | § | |

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S STATUS REPORT**

Before the Court is "Petitioner's Unopposed Motion for Leave to File Response to Government's Status Report." Dkt. No. 14. Petitioner requests leave to file a Response to the Government's Status Report, docket entry 13. Dkt. No. 14 at 1. Petitioner informs the Court that "Respondents do not oppose the relief requested." *Id.* Given that the motion is unopposed, the Court finds good cause supports granting the relief Petitioner requests.

The Court **GRANTS** "Petitioner's Unopposed Motion for Leave to File Response to Government's Status Report" (Dkt. No. 14).

The Clerk of Court is **DIRECTED** to file "Petitioner's Response to Government's Status Report" (Dkt. No. 14-1, Attachment 1, Exhibit A) as a new entry on this docket; this submission will act as Petitioner's operative response to Respondents' September 23, 2026, Status Report at Dkt. No. 13.

Signed on September 28, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.